In the Matter of the Estate of AUGUSTA K. WERRICK, Deceased.

Surrogate's Court, Westchester County, February 28, 1930.

*Joseph W. Hayes,* for the petitioner.

SLATER, S.   The will of the testatrix gives certain general legacies. The 2d paragraph gives $500 for the saying of 500 masses for the father and mother of the decedent. The 3d paragraph gives $1,000 for masses for the decedent. Between the date of the will and death

of testatrix there was a shrinkage of the estate which compels an abatement of the legacies.

The question is raised whether the bequest for masses is preferred, and not subject to the rule of abatement.

A general legacy given for a specific purpose abates with other legacies unless an intention is found to prefer the legacy. A gift for masses is a religious ceremonial, and comes within the pious uses which are upheld as public charities. The two legacies were charitable in nature. (*Matter of Morris*, 227 N. Y. 141; *Matter of Welch*, 105 Misc. 27; *Matter of Beck*, 130 id. 765.)

The gift to charity is a general legacy. (*Matter of Brooklyn Trust Company*, 179 App. Div. 262.)

No rule of law prefers a general gift to charity as against any other general legacy. Consequently, the charitable gift for masses will abate with the other general legacies named in the will.

Submit order.